UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :

        v.                          :                    S6 -JL

JOSE VERA,                          :                    S4 13 Cr. 242 (SAS)
    a/k/a "JB,"
             Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

          The above-named defendant, who is accused of violating Title 21, United States Code, Section 846 and Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                           *Jose Vera*
                          Defendant

                          Witness

                          *Allan P. Haber*
                          Counsel for Defendant

Date:   New York, New York
       July 2, 2014

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/14