USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
 :
UNITED STATES OF AMERICA :
 : **ORDER**
        - v. - :
 : S6 13 Cr. 242 (SAS)
JOSE VERA, :
 :
             Defendant. :
 :
-------------------------------------X

WHEREAS, with the consent of defendant JOSE VERA, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on July 2, 2014;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
         August 18, 2014

                                    _____
                                    SHIRA A. SCHEINDLIN
                                    UNITED STATES DISTRICT JUDGE
                                    Southern District of New York