LAW OFFICES OF
# ALLAN P. HABER, ESQ.
111 Broadway, Suite 701
New York, New York 10006



OF COUNSEL
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

TELEPHONE: 212-233-4411
FACSIMILE: 212-374-1506
E-MAIL: allan@haberesq.com

June 11, 2015

Honorable Shira S. Scheindlin
District Court Judge
U. S. Courthouse, S.D.N.Y.
500 Pearl Street
New York, N.Y. 10006

RE: Jose Vera, Inc. No. 13 Cr. 242(SAS)

*Request granted. Mr. Vera may travel for one day to renew his license.*
*SO ORDERED*
*Shira A. Scheindlin, USDJ*
*6/12/15*

Dear Judge Scheindlin:

This is request to modify Mr. Vera's bail conditions so that he can travel to Eastern Pennsylvania on Saturday, June 13, 2015. This travel is necessary so that Mr. Vera can renew his license as he currently has no identification and his Pre-Trial-Services counselor advised him to renew his license so he has current identification. The current plan is for his sister to drive him to the DMV which is open from 9:00-4:00 p.m. The trip is approximately 1.5 hours so he will return once this task has been accomplished. Special agents supervision Mr. Vera are aware of the situation as well.

This travel approval is for one day only.

Should you grant this application, please endorse this letter and I will get copy to the Government and Mr. Vera. Thank you for your consideration.

Respectfully,

_____s/s_____

APH: fms
cc: Jared Lenow, By email.